IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WOODFOREST INVESTMENT GROUP LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> Case No. 4:21-CV0-01233 |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE

Plaintiff, SALVADOR SEGOVIA, JR. ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, WOODFOREST INVESTMENT GROUP LLC, with Prejudice.

Respectfully submitted this 2nd day of June, 2021.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on June 2, 2021 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
*Attorney for Plaintiff*