UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 02, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Salvador Segovia, Jr., | § | |
| Plaintiff, | § | |
| versus | § | Civil Action H-21-1233 |
| Woodforest Investment Group, LLC, | § | |
| Defendant. | § | |

## Final Dismissal

Having been advised that Salvador Segovia, Jr., no longer wishes to pursue his claims against Woodforest Investment Group, LLC, the case is dismissed with prejudice. (8)

Signed on June 2, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge